In the Matter of the Probate of the Will of GEORGE S. NICHOLAS, Deceased.

GROSVENOR NICHOLAS, Appellant; FARMERS LOAN AND TRUST COMPANY et al., Respondents.

*Will — probate — objection to probate on grounds of · fraud, undue influence and mental incompetency.*

*Matter of Nicholas,* 216 App. Div. 399, affirmed.

(Argued November 22, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1926, which affirmed a decree of the Suffolk County Surrogate's Court setting aside the verdict of a jury and admitting to probate an instrument propounded as the last will and testament of George S. Nicholas, deceased. There was objection to probate upon the grounds of alleged fraud, undue influence and mental incompetency of testator.

*Nathan L. Miller, George H. Furman, William H. Robbins* and *Joseph S. Frank* for appellant.

*William H. Button, Nathan O. Petty, John C. Townsend* and *Samuel Riker, Jr.,* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., ANDREWS and LEHMAN, JJ., on ground question of fact was presented by the evidence.